PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JUNO LUNA, | ) | |
| | ) | CASE NO.  1:19CV1414 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | | [Resolving ECF No. 14] |

An Administrative Law Judge ("ALJ") denied Plaintiff Jumo Luna's application for

disability insurance benefits ("DIB") after a hearing in the above-captioned case.  That decision

became the final determinatsion of the Commissioner of Social Security when the Appeals

Council denied the request to review the ALJ's decision.  The claimant sought judicial review of

the Commissioner's decision.[1]  On August 28, 2020, the magistrate judge submitted a Report &

Recommendation (ECF No. 19) recommending that the Court affirm the Commissioner's

decision.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be

filed within 14 days after service.  Objections to the magistrate judge's Report were, therefore,

due on September 11, 2020.  Neither party has filed objections, evidencing satisfaction with the

---

[1] The Court referred the case to Magistrate Judge George J. Limbert for
preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule
72.2(b)(1). On July 6, 2020, the case was reassigned from Magistrate Judge Limbert
(retired) to Magistrate Judge Carmen E. Henderson pursuant to General Order 2020-13.

(4:19CV1414)

magistrate judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report & Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is affirmed.  Judgment will be entered in favor of Defendant.


IT IS SO ORDERED.


 September 15, 2020                              */s/ Benita Y. Pearson*
Date                                            Benita Y. Pearson
                                                United States District Judge

2